**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

  **v.**              Case No. 07-cr-85-PB

<u>**Leon Peoples**</u>

<u>**O R D E R**</u>

  The defendant, through counsel, has moved to continue the September 5, 2007 trial in the above case, citing the need for additional time to schedule a hearing on the negotiated plea agreement.  The government does not object to a continuance of the trial date.

  Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 5, 2007 to October 10, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

  SO ORDERED.

           /s/Paul Barbadoro
           Paul Barbadoro
           United States District Judge

August 28, 2007

cc: Andrew Schulman, Esq.
   Jennifer C. Davis, Esq.
   United States Probation
   United States Marshal